**Petition for Writ of Mandamus Conditionally Granted, Petition for Writ of Prohibition Dismissed, and Memorandum Opinion filed March 16, 2021.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-20-00874-CR**
**NO. 14-20-00875-CR**

## IN RE THE STATE OF TEXAS EX REL, KIM OGG, HARRIS COUNTY DISTRICT ATTORNEY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**WRIT OF PROHIBITION**
**County Criminal Court at Law No. 7**
**Harris County, Texas**
**Trial Court Cause Nos. 2269615**

## MEMORANDUM OPINION

On December 31, 2020, relator the State of Texas ex rel. Kim Ogg, Harris County District Attorney, filed a petition for writ of mandamus and petition for writ of prohibition in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition for writ of mandamus, the State asks this court to compel the Honorable Andrew Wright, presiding judge of County Criminal Court at Law

No. 7 of Harris County, to set aside his December 9, 2020 order setting the underlying case for a nonjury trial without the State's consent. The State also filed a petition for writ of prohibition seeking to prevent Judge Wright from conducting a nonjury trial in the underlying case.

The State argues that the trial court has no discretion to act as factfinder where the State has not consented to the defendant's waiver to a jury trial. The Texas Court of Criminal Appeals agreed and recently held that the COVID-19 Emergency Orders did not authorize the trial court to proceed to a bench trial without the State's consent or waiver to a jury trial. *See In re State ex rel. Ogg*, No. WR-91,936-01, 2021 WL 800761, at *4 (Tex. Crim. App. Mar. 3, 2021).

Accordingly, we grant the State's petition for writ of mandamus and direct the trial court to vacate its December 9, 2020 order setting the underlying case for a nonjury trial. We are confident the trial court will act in accordance with this opinion. The State's petition for writ of prohibition is dismissed as moot. We lift our stay entered on January 4, 2021.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b).